# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0022. IN RE: ESTATE OF MICHAEL HARVEY ARONSON.**

Linda Faye Aronson has filed a motion for an extension of time to file both a notice of appeal and an application for a discretionary appeal. The trial court order at issue is dated November 23, 2022. Thus, excluding Court holidays, Aronson's 30-day deadline to file the foregoing documents is not until December 27, 2022. *See* OCGA § 5-6-38 (a) ("A notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of . . . ."); Ga. Ct. App. R. 31 (a) ("An application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed . . . ."). Because Aronson filed this motion before her notice of appeal or application for a discretionary appeal are due, her motion is hereby *GRANTED*. *See* OCGA 5-6-39 (c) ("Only one extension of time shall be granted for filing of a notice of appeal and a notice of cross appeal, and the extension shall not exceed the time otherwise allowed for the filing of the notices initially."); Ga. Ct. App. 31 (i) ("No extensions of time will be granted to file a discretionary application unless a motion for extension is

filed on or before the application due date."). Aronson must file her notice of appeal and/or her application for a discretionary appeal on or before January 6, 2023.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  12/22/2022       *
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*